# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITL LLC,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | C.A. No. 23-00120-RGA |
| LITL LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>Defendants. | C.A. No. 23-00121-RGA |
| LITL LLC,<br><br>Plaintiff,<br><br>v.Stipulation<br><br>ASUSTEK COMPUTER INC., ASUS GLOBAL PTE. LTD., and ASUS TECHNOLOGY PTE. LIMITED,<br><br>Defendants. | C.A. No. 23-00122-RGA |

**STIPULATION AND [PROPOSED] ORDER PERMITTING INTERVENTION
BY MICROSOFT CORPORATION IN CERTAIN ACTIONS**

WHEREAS, Plaintiff LiTL, LLC filed complaints in the above-captioned actions against Defendants HP Inc., Dell Technologies Inc., Dell Inc., and ASUSTeK Computer Inc., Asus Global Pte. Ltd., and Asus Technology Pte. Limited, (collectively, the "Microsoft Customer Defendants"), accusing various of the Microsoft Customer Defendants' convertible laptop devices (the "Accused Devices") of patent infringement;

-1-

WHEREAS, the Microsoft Customer Defendants are customers of proposed intervenor Microsoft Corporation ("Microsoft"), and certain of the Accused Devices in those actions, when sold by the Microsoft Customer Defendants, are pre-loaded with Microsoft's Windows software;

WHEREAS, Microsoft believes that the infringement allegations against the Microsoft Customer Defendants in these actions relating to U.S. Patent Nos. 10,289,154 ("the '154 patent"); 9,003,315 ("the '315 patent"); 9,880,715 ("the '715 patent"); 10,564,818 ("the '818 patent"); and 8,612,888 ("the '888 patent") (collectively, the "Microsoft-Asserted Patents") are based at least in part upon the inclusion of Microsoft's Windows software in certain Accused Devices;

WHEREAS, as the developer and supplier of the accused Windows functionality, Microsoft contends that it has a strong interest in defending its software and represents that it wishes to intervene in the cases involving the Microsoft Customer Defendants so that it can participate in these litigations;

WHEREAS, Microsoft possesses technical documents concerning its Windows software, Microsoft employs individuals who are knowledgeable about technical issues concerning its Windows software, and Microsoft believes that its participation in these cases as a party would greatly facilitate the taking of relevant discovery;

WHEREAS, the Microsoft Customer Defendants do not oppose Microsoft's intervention into their actions; and

WHEREAS, the Court has not yet entered a scheduling order in any of the above-captioned cases;

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and subject to the approval and order of the Court, as follows:

1. Microsoft Corporation is granted permission to intervene in the actions against the Microsoft Customer Defendants (Case Nos. 23-00120-RGA, 23-00121-RGA, and 23-00122-

RGA), and to file the Complaints in Intervention for Declaratory Judgment of Non-Infringement that are attached hereto as Exhibits A–C in the corresponding actions. The filing of Microsoft's Complaints in Intervention for Declaratory Judgment of Non-Infringement shall be without prejudice to LiTL's right to challenge the sufficiency of these pleadings or to its right to assert any defense.

2. Upon the filing of the Complaints in Intervention for Declaratory Judgment of Non-Infringement that are attached hereto as Exhibits A-C, the captions of Case Nos. 23-00120-RGA, 23-00121-RGA, and 23-00122-RGA shall be as set forth in Exhibits A-C.

| | |
|---|---|
| */s/ Robert M. Vrana* | */s/ Brian A. Biggs* |
| Adam W. Poff (#3990) | Brian A. Biggs (#5591) |
| Robert M. Vrana (#5666) | Angela C. Whitesell (#5547) |
| Young Conaway Stargatt & Taylor, LLP | DLA Piper LLP (US) |
| Rodney Square | 1201 North Market Street, Suite 2100 |
| 1000 North King Street | Wilmington, DE  19801-1147 |
| Wilmington, DE 19801 | 302-468-5700 |
| 302-571-6600 | brian.biggs@us.dlapiper.com |
| apoff@ycst.com | angela.whitesell@us.dlapiper.com |
| rvrana@ycst.com | |
| | *Attorneys for Defendant HP Inc.* |
| *Attorneys for Plaintiff LiTL LLC* | |
| | OF COUNSEL: |
| OF COUNSEL: | DLA Piper LLP (US) |
| Michael A. Albert | Sean Cunningham |
| Eric J. Rutt | Erin Gibson |
| Gerald B. Hrycyszyn | 4365 Executive Drive, Suite 1100 |
| Suresh S. Rav | San Diego, CA 92121-2133 |
| Jason W. Balich | 858-677-1400 |
| Jie Xiang | |
| Wolf, Greenfield & Sacks, P.C. | James M. Heintz |
| 600 Atlantic Avenue | One Fountain Square |
| Boston, MA 02210 | 11911 Freedom Drive, Suite 300 |
| 617-646-8000 | Reston, VA 20190-5602 |
| | 703-773-4000 |

Jackob Ben-Ezra
845 Texas Avenue, Suite 3800
Houston, TX 77002
713-425-8431

Claire E. Schuster
33 Arch Street, 26th Floor
Boston, MA 02110-1447
617-406-6000

Aima Mori
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
312-368-4000

  /s/ *Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendants*
*Dell Inc. and Dell Technologies Inc.*

OF COUNSEL:
Farella Braun + Martel LLP
Eugene Y. Mar
Erik Olson
Tom Pardini
Raven Quesenberry
One Bush Street, Suite 900
San Francisco, CA 94104
(415) 954-4400

   */s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com

*Attorneys for Defendants
ASUSTeK Computer Inc., ASUS Global Pte. Ltd., and ASUS Technology Pte. Ltd.*

OF COUNSEL:
Procopio, Cory, Hargreaves & Savitch LLP
Robert H. Sloss
Jack Shaw
3000 El Camino Real, Suite 5-400
Palo Alto, CA 94306
(650) 645-9000

*Attorneys for Defendants
ASUSTeK Computer Inc., ASUS Global Pte. Ltd., and ASUS Technology Pte. Ltd.*

   */s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Intervenor
Microsoft Corporation*

OF COUNSEL:
PERKINS COIE LLP
Christina J. McCullough
Jassiem Moore
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

-5-

        Chao (Wendy) Wang
        3150 Porter Drive
        Palo Alto, CA 94304-1212
        (650) 838-4300

        Kyle R. Canavera
        11452 El Camino Real, Suite 300
        San Diego, CA 92130-2080
        (858) 720-5700

        Chad Campbell
        Elizabeth Baxter
        2901 North Central Avenue, Suite 2000
        Phoenix, AZ 85012-2788
        (602) 351-8000

Dated: October 13, 2023

        SO ORDERED, this _____ day of _____ 2023.


        _____
        United States District Judge