**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LITL LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>       Defendant. | C.A. No. 23-120-RGA |
| MICROSOFT CORPORATION,<br><br>       Intervenor-Plaintiff,<br><br>v.<br><br>LITL LLC,<br><br>       Intervenor-Defendant. | |
| LITL LLC,<br><br>       Intervenor-Defendant /<br>       Counterclaim Plaintiff in<br>       Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>       Intervenor-Plaintiff /<br>       Counterclaim Defendant in<br>       Intervention. | |
| LITL LLC,<br><br>       Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>       Defendants. | C.A. No. 23-121-RGA |

RLF1 31413574v.1

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>v.<br><br>LITL LLC,<br><br>      Intervenor-Defendant. | |
| LITL LLC,<br><br>      Intervenor-Defendant /<br>      Counterclaim Plaintiff in<br>      Intervention,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff /<br>      Counterclaim Defendant in<br>      Intervention. | |
| LITL LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS GLOBAL PTE. LTD.,<br><br>      Defendants. | C.A. No.  23-122-RGA |
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>v.<br><br>LITL LLC,<br><br>      Intervenor-Defendant. | |

LITL LLC,

    Intervenor-Defendant /
    Counterclaim Plaintiff in
    Intervention,

v.

MICROSOFT CORPORATION,

    Intervenor-Plaintiff /
    Counterclaim Defendant in
    Intervention.

## MOTION TO STAY

Defendants hereby move this Court to stay the above-captioned actions pending resolution of petitions for *inter partes* review and *ex parte* reexaminations. The grounds for this Motion are set forth in Defendants' Opening Brief and related documents filed contemporaneously herewith.

Pursuant to Local Rule 7.1.1, counsel for Defendant has conferred with counsel for Plaintiffs and confirmed that Plaintiffs oppose the requested stay.

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* |
| | Kelly E. Farnan (#4395) |
| PERKINS COIE LLP | Richards, Layton & Finger, P.A. |
| Christina J. McCullough | One Rodney Square |
| Stevan R. Stark | 920 North King Street |
| 1201 Third Avenue, Suite 4900 | Wilmington, DE 19801 |
| Seattle, WA 98101-3099 | (302) 651-7700 |
| | |
| Kyle R. Canavera | *Attorney for Intervenor-Plaintiff* |
| 11452 El Camino Real, Suite 300 | *Microsoft Corporation* |
| San Diego, CA 92130-2080 | |
| | |
| Chad Campbell | |
| Elizabeth Baxter | |
| 2901 North Central Avenue, Suite 2000 | |
| Phoenix, AZ 85012-2788 | |

| | |
|---|---|
| Sean Cunningham<br>Erin Gibson<br>**DLA PIPER LLP (US)**<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121-2133<br>Telephone: 858-677-1400<br>Facsimile: 858-677-1401<br>sean.cunningham@us.dlapiper.com<br>erin.gibson@us.dlapiper.com<br><br>James M. Heintz<br>**DLA PIPER LLP (US)**<br>One Fountain Square<br>11911 Freedom Drive, Suite 300<br>Reston, VA 20190-5602<br>Telephone:  703-773-4000<br>Facsimile:  703-773-5000<br><br>Jackob Ben-Ezra<br>**DLA PIPER LLP (US)**<br>845 Texas Avenue, Suite 3800<br>Houston, TX 77002<br>Telephone:  713-425-8431<br>Facsimile:  713-300-6031<br>Jackob.Ben-Ezra@us.dlapiper.com<br><br>Claire E. Schuster<br>**DLA PIPER LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Telephone:  617-406-6000<br>Facsimile:  617-406-6100<br>claire.schuster@us.dlapiper.com<br><br>Aima Mori<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Telephone: 312-251-5710<br>Facsimile: 312-236-7516<br>aima.mori@us.dlapiper.com | */s/ Brian A. Biggs*<br>Brian A. Biggs (Bar No. 5591)<br>Angela C. Whitesell (Bar No. 5547)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Telephone: 302.468.5700<br>Facsimile: 302.394.2341<br>brian.biggs@us.dlapiper.com<br>angela.whitesell@us.dlapiper.com<br><br>*Attorneys for Defendant HP Inc.* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Farella Braun + Martel LLP<br>Eugene Y. Mar<br>Erik Olson<br>Tom Pardini<br>Raven Quesenberry<br>One Bush Street, Suite 900<br>San Francisco, CA 94104<br>(415) 954-4400 | /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendants*<br>*Dell Inc. and Dell Technologies Inc.* |
| OF COUNSEL:<br><br>Procopio, Cory, Hargreaves & Savitch LLP<br>Robert H. Sloss<br>Jack Shaw<br>3000 El Camino Real, Suite 5-400<br>Palo Alto, CA 94306<br>(650) 645-9000 | /s/ Stephen J. Kraftschik<br>Stephen J. Kraftschik (#5623)<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>(302) 252-0920<br>skraftschik@polsinelli.com<br><br>*Attorneys for Defendants*<br>*ASUSTeK Computer Inc., ASUS Global Pte.*<br>*Ltd., and ASUS Technology Pte. Ltd.* |

Dated:  August 26, 2024