IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITL LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>HP INC.<br><br>      Defendant. | C.A. No. 23-120-RGA |
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>      v.<br><br>LITL LLC,<br><br>      Intervenor-Defendant. | |
| LITL LLC,<br><br>      Intervenor-Defendant /<br>      Counterclaim Plaintiff in<br>      Intervention,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff /<br>      Counterclaim Defendant in<br>      Intervention. | |

| | |
|---|---|
| LITL LLC, <br>      Plaintiff, <br>        v. <br><br>DELL TECHNOLOGIES INC. AND DELL INC. <br>      Defendants. <br><br>MICROSOFT CORPORATION, <br><br>      Intervenor-Plaintiff, <br><br>      v. <br><br>LITL LLC, <br><br>      Intervenor-Defendant. <br><br>LITL LLC, <br><br>      Intervenor-Defendant / Counterclaim Plaintiff in Intervention, <br>        v. <br><br>MICROSOFT CORPORATION, <br><br>      Intervenor-Plaintiff / Counterclaim Defendant in Intervention. | C.A. No. 23-121-RGA |

| | |
|---|---|
| LITL LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ASUSTEK COMPUTER INC., and ASUS GLOBAL PTE. LTD.,<br><br>      Defendants. | C.A. No. 23-122-RGA |
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>      v.<br><br>LITL LLC,<br><br>      Intervenor-Defendant. | |
| LITL LLC,<br><br>      Intervenor-Defendant /<br>      Counterclaim Plaintiff in<br>      Intervention,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff /<br>      Counterclaim Defendant in<br>      Intervention. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendants to

file a redacted version of their Motion for Leave to Amend and related exhibits (No. 23-120-RGA, D.I. 193-195; No. 23-121-RGA, D.I. 187-189; No. 23-122-RGA, 201-203) is extended to and including February 18, 2024.

IT IS FURTHER STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiff LiTL LLC to file its answering brief in opposition of Defendants' Motion for Leave to Amend is extended to and including February 25, 2025 and the deadline for Defendants to file their reply brief in support of their Motion for Leave to Amend is extended to and including March 11, 2025.

Dated: February 11, 2025

| /s/ Alexis N. Stombaugh | /s/ Kelly E. Farnan |
|---|---|
| Adam W. Poff (#3990) | Kelly E. Farnan (No. 4395) |
| Robert M. Vrana (#5666) | Richards Layton & Finger, P.A. |
| Alexis N. Stombaugh (#6702) | One Rodney Square |
| Young Conaway Stargatt & Taylor, LLP | 920 North King Street |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | (302) 651-7700 |
| Wilmington, DE 19801 | farnan@rlf.com |
| (302) 571-6600 | |
| apoff@ycst.com | *Attorneys for Intervenor* |
| rvrana@ycst.com | *Microsoft Corporation* |
| astombaugh@ycst.com | |

*Attorneys for LiTL LLC*

| | |
|---|---|
| */s/ Angela C. Whitesell* | */s/ Jeremy A. Tigan* |
| Angela C. Whitesell (No. 5547) | Jack B. Blumenfeld (No. 1014) |
| DLA PIPER LLP (US) | Jeremy A. Tigan (No. 5239) |
| 1201 North Market Street, Suite 2100 | MORRIS, NICHOLS, |
| Wilmington, DE 19801 | ARSHT & TUNNELL LLP |
| (302) 468-5700 | 1201 North Market Street |
| angela.whitesell@us.dlapiper.com | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| *Attorneys for Defendant HP Inc.* | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | jtigan@morrisnichols.com |
| | |
| | *Attorneys for Defendants Dell Technologies and Dell Inc.* |

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (No. 5623)
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com

*Attorney for ASUSTek Computer Inc., ASUS Global Pte. Ltd., and ASUS Technology Pte. Limited*

SO ORDERED this _____ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE