IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITL LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>HP INC.<br><br>      Defendant. | C.A. No. 23-120-RGA |
| MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>      v.<br><br>LITL LLC,<br><br>      Intervenor-Defendant. | |
| LITL LLC,<br><br>      Intervenor-Defendant /<br>      Counterclaim Plaintiff in<br>      Intervention,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff /<br>      Counterclaim Defendant in<br>      Intervention. | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**RELATING SOLELY TO INTERVENOR MICROSOFT CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(2), Intervenor-Plaintiff Microsoft Corporation ("Microsoft") and Intervenor-Defendant LITL LLC ("LiTL") hereby stipulate to the dismissal with prejudice of all their claims and counterclaims against each other in this action. LiTL and Microsoft shall each bear their own costs, expenses, and attorneys' fees. Microsoft Corporation is hereby dismissed from this action. LiTL's claims against HP, Inc. remain pending.

Dated: September 18, 2025

| | |
|---|---|
| */s/ Adam W. Poff* | */s/ Kelly E. Farnan* |
| Adam W. Poff (No. 3990) | Kelly E. Farnan (No. 4395) |
| Robert M. Vrana (No. 5666) | RICHARDS LAYTON & |
| Alexis N. Stombaugh (No. 6702) | FINGER, P.A. |
| YOUNG CONAWAY STARGATT & | One Rodney Square |
| TAYLOR, LLP | 920 North King Street |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | (302) 651-7700 |
| Wilmington, DE 19801 | farnan@rlf.com |
| (302) 571-6600 | |
| apoff@ycst.com | *Attorneys for Intervenor* |
| rvrana@ycst.com | *Microsoft Corporation* |
| astombaugh@ycst.com | |

*Attorneys for LiTL LLC*

SO ORDERED this  19th  day of September, 2025.

                                                                /s/ Richard G. Andrews
                                                                United States District Judge