

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Angela C. Whitesell
angela.whitesell@us.dlapiper.com
T  302.468.5644
F  302.778.7914

June 11, 2026

*VIA CM/ECF*

The Honorable Jennifer Choe-Groves
c/o The Clerk of Court
United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

**Re:    *LiTL LLC v. HP Inc.*, C.A. No. 23-120-JCG – Notice of Supplemental Authority**

Dear Judge Choe-Groves,

Defendant HP Inc. respectfully submits this Notice of Supplemental Authority to apprise the Court of a recent ruling issued on June 3, 2026 by Magistrate Judge Christopher J. Burke in *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 22-57-CJB (D. Del.) (D.I. 498), granting the defendant's motion to exclude the testimony of the plaintiff's damages expert based on his impermissible use of a rule of thumb. Judge Burke's ruling is relevant to HP's pending *Daubert* motion, which was the subject of oral argument on May 19, 2026. *See* D.I. 297. For the Court's convenience, a copy of the Judge Burke's Oral Order is attached as Exhibit 1. As Judge Burke held:

> Plaintiff's counsel attempted to justify Dr. Keeley's reliance on the Nash Bargaining Solution by emphasizing that he did rely on the facts of the case to assess the parties' bargaining power, and to opine that the Plaintiff had far greater bargaining power. Counsel argued that this allowed Dr. Keeley to permissibly rely upon a 50/50 split "as the floor" for damages. In other words, Plaintiff's position seems to be that because Dr. Keeley is invoking the Nash Bargaining Solution as a "conservatism" that actually benefits TVision, that makes his analysis permissible.

*See* Ex. 1 (internal citations omitted). HP argues that the Transactional Profit Split Method (TPSM) discussed in the KPMG Article used by Mr. Chandler is a rule of thumb akin to the Nash Bargaining Solution. D.I. 298 at 37-40. In response, LiTL argues that "Mr. Chandler actually uses this [KPMG] article to make a ***conservative*** assumption – one that ***favors HP.***" D.I. 318 at 45 (emphasis in original).



Judge Choe-Groves
June 11, 2026
Page Two

Respectfully submitted,

*/s/ Angela C. Whitesell*

Angela C. Whitesell (DE Bar No. 5547)
Counsel for HP Inc.