**WILMINGTON**
**RODNEY SQUARE**

**NEW YORK**
**ROCKEFELLER CENTER**

**CHARLOTTE**
**CARILLON TOWER**

**Adam W. Poff**
P 302.571.6642
apoff@ycst.com

July 7, 2026

**VIA CM/ECF**

The Honorable Jennifer Choe-Groves
c/o The Clerk of Court
United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

> Re:     *LiTL LLC v. HP Inc.*, C.A. No. 23-120-JCG (D. Del.)
>           HP Inc.'s Proposed Form of Final Judgment

Dear Judge Choe-Groves:

LiTL disagrees with the form of judgment filed earlier today by HP. Entry of judgment at this time would be premature. The parties had agreed to file a joint letter, which will be filed later today, setting forth why, in LiTL's view, there remains a material issue for trial.

Respectfully submitted,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com