# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

LITL LLC,

      **Plaintiff,**

**v.**

HP INC.,

      **Defendant.**

**Court No. 1:23-cv-00120-JCG**

---

LITL LLC,

      **Plaintiff,**

**v.**

DELL TECHNOLOGIES INC.
AND DELL INC.,

      **Defendants.**

**Court No. 1:23-cv-00121-JCG**

---

LITL LLC,

      **Plaintiff,**

**v.**

ASUSTEK COMPUTER INC.
AND ASUS GLOBAL PTE. LTD.,

      **Defendants.**

**Court No. 1:23-cv-00122-JCG**

Page 2

## <u>ORDER</u>

Upon consideration of the Parties' Joint Letter to the Honorable Jennifer Choe-Groves (D.I. 359, D.I. 326, D.I. 333), it is hereby

**ORDERED** that the Pretrial Conference on August 13, 2026, in case <u>LiTL v. HP</u>, shall be canceled; and it is further

**ORDERED** that the Jury Trial (5 days) on August 24, 2026, in case <u>LiTL v. HP</u>, shall be canceled; and it is further

**ORDERED** that all deadlines in each case, <u>LiTL v. HP</u>, <u>LiTL v. Dell</u>, <u>and</u> <u>LiTL v. ASUSTeK</u>, shall be stayed pending resolution of additional briefing ordered by the Court; and it is further

**ORDERED** that the Parties shall submit briefing on the following issues: (1) whether the License Agreement provides a retroactive release from infringing conduct by Licensee's customers that predates the License Agreement; (2) whether the issue of the License Agreement providing a retroactive release to Licensee's customers is a question of law or fact; (3) the Parties' positions on whether further discovery is needed on this issue; and (4) the impact of this issue on the claims of infringement and damages; and it is further

**ORDERED** that the briefing shall proceed according to the following schedule:

1. Defendants shall file their opening brief on or before July 28, 2026, and shall not exceed fifteen (15) pages;

2. Plaintiff shall file its answering brief on or before August 11, 2026, and shall not exceed fifteen (15) pages; and

3. Defendants shall file their reply brief on or before August 18, 2026, and shall not exceed five (5) pages.

IT IS SO ORDERED this 14th day of July, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*]Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.