**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LITL LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HP INC.,**<br><br>**Defendant.** | **Court No. 1:23-cv-00120-JCG** |
| **LITL LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DELL TECHNOLOGIES INC. AND DELL INC.,**<br><br>**Defendants.** | **Court No. 1:23-cv-00121-JCG** |
| **LITL LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ASUSTEK COMPUTER INC. AND ASUS GLOBAL PTE. LTD.,**<br><br>**Defendants.** | **Court No. 1:23-cv-00122-JCG** |

**JUDGMENT**

In accordance with the Court's Opinion and Order entered concurrently herewith;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The Court having granted in part and denied in part the Motion for Summary Judgment on Common Issues filed by HP Inc., Dell Technologies Inc., Dell Inc., ASUSTeK Computer Inc., and Asus Global Pte. Ltd. (collectively, "Defendants") and Defendant HP Inc.'s Motion for Summary Judgment and Motion to Exclude Expert Testimony (D.I. 297)[1], denied as moot Plaintiff LiTL LLC's Motion for Summary Judgment and to Exclude Expert Opinions Regarding Issues Common to Defendants (D.I. 299), and denied as moot Plaintiff LiTL LLC's Daubert Motion to Exclude Testimony of Julia Rowe Regarding Settlement Agreements and Offers (D.I. 303) in the Court's Opinion and Order (D.I. 356), final judgment of no infringement is hereby entered in favor of Defendants HP Inc., Dell Technologies Inc., Dell Inc., ASUSTeK Computer Inc., and Asus Global Pte. Ltd. against Plaintiff LiTL LLC on all asserted patents and all asserted claims;

2. Any bill of costs under Federal Rule of Civil Procedure 54(d) and Local Rule 54.1 or motion seeking attorneys' fees, including under Federal Rule of

[1] Citations to the docket refer to the first-filed action, LiTL LLC v. HP Inc., Case No. 1:23-cv-00120-JCG.

Civil Procedure 54(d) and Local Rule 54.3, shall be deferred until all appeals relating to this litigation have been exhausted. If Plaintiff LiTL LLC does not appeal, Defendants' deadline for filing such motions and its bill of costs shall be extended to 45 days after the deadline for Plaintiff LiTL LLC to file an appeal has lapsed.

IT IS SO ORDERED this 9th day of November, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.